| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bloch, Alan N. | USDC/WDPA | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Suite 8370
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Emeritus Board of Directors | Make-A-Wish Foundation of Western Pennsylvania (non-profit corporation) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | 9-28-2016 to 9-30-2016 | Farmington, PA | Attend the Annual Retreat | Room and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Philadelphia PA Gas Works Bond (12th Series) | A | Interest | J | T | | | | | |
| 2. Altoona PA NTS Series A Bond | B | Interest | | | Redeemed | 10/18/16 | K | | |
| 3. Scranton PA Gen. Obligation (Series B) Bond | A | Interest | J | T | | | | | |
| 4. Philadelphia PA School District | B | Interest | L | T | | | | | |
| 5. State Public School Building Authority | A | Interest | | | Redeemed | 12/01/16 | J | | |
| 6. State Public School Building Authority | B | Interest | | | Redeemed | 12/01/16 | K | | |
| 7. State Public School Building Authority | A | Interest | | | Redeemed | 12/01/16 | J | | |
| 8. Philadelphia PA School District | B | Interest | L | T | | | | | |
| 9. Spring-Ford Area School District | A | Interest | J | T | | | | | |
| 10. State Public School Building Authority | A | Interest | | | Redeemed | 12/01/16 | J | | |
| 11. PA State Higher Education Drexel University | A | Interest | | | Redeemed | 08/22/16 | J | | |
| 12. Philadelphia PA Water & Wastewater Series B Bond | B | Interest | K | T | | | | | |
| 13. Mahanoy PA Sewer Authority Bond | A | Interest | | | Redeemed | 04/26/16 | K | | |
| 14. Mars PA School District Bond | A | Interest | J | T | | | | | |
| 15. Erie PA Water Authority Unref. Bond | A | Interest | J | T | | | | | |
| 16. PA State Turnpike Commission Bond | A | Interest | J | T | | | | | |
| 17. West Mifflin PA Area School District Bond | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Erie PA Water Authority Preref. Bond | A | Interest | K | T | | | | | |
| 19. Reading PA School District Bond | A | Interest | K | T | | | | | |
| 20. Coatesville PA Area School District Bond | A | Interest | J | T | | | | | |
| 21. Reading PA School District Bond | A | Interest | | | Redeemed | 01/15/16 | J | | |
| 22. Interest-PNC Bank- Checking; Virginia Manor Shops, Pgh. | A | Interest | L | T | | | | | |
| 23. Vanguard PA Insured Tax Free Fund | B | Dividend | L | T | | | | | |
| 24. First Eagle FDS, Inc. | A | Dividend | J | T | Buy (add'l) | 12/19/16 | J | | |
| 25. -- | | | | | Sold (part) | 03/18/16 | J | | |
| 26. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 27. Harris Assoc. (Oakmark Equity and Income Fund) | A | Dividend | J | T | Buy (add'l) | 03/18/16 | J | | |
| 28. -- | | | | | Buy (add'l) | 09/19/16 | J | | |
| 29. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 30. -- | | | | | Sold (part) | 12/19/16 | J | | |
| 31. Hotchkis & Wiley FDS | A | Dividend | J | T | Buy (add'l) | 03/18/16 | J | | |
| 32. -- | | | | | Buy (add'l) | 09/19/16 | J | | |
| 33. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 34. -- | | | | | Sold (part) | 12/19/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Dev. Markets | A | Dividend | J | T | Buy (add'l) | 03/18/16 | J | | |
| 36. -- | | | | | Buy (add'l) | 12/19/16 | J | | |
| 37. -- | | | | | Sold (part) | 09/19/16 | J | | |
| 38. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 39. Parnassus | A | Dividend | J | T | Buy (add'l) | 09/19/16 | J | | |
| 40. Pimco Invt. Grade Corp. Class I | A | Dividend | J | T | Buy (add'l) | 09/19/16 | J | | |
| 41. -- | | | | | Buy (add'l) | 12/19/16 | J | | |
| 42. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 43. Royce FD | A | Dividend | J | T | Buy (add'l) | 03/18/16 | J | | |
| 44. -- | | | | | Sold (part) | 09/19/16 | J | | |
| 45. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 46. -- | | | | | Sold (part) | 12/19/16 | J | | |
| 47. Sunamerica Ser. Inc. (Focused Dividend Strategy Portfolio) | A | Dividend | J | T | Buy (add'l) | 09/19/16 | J | | |
| 48. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 49. -- | | | | | Sold (part) | 12/19/16 | J | | |
| 50. FPA FDS | A | Dividend | J | T | Buy (add'l) | 03/18/16 | J | | |
| 51. -- | | | | | Sold (part) | 09/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- | | | | | Sold (part) | 12/19/16 | J | | |
| 53. Van Eck FDS (International Invs. Gold) | A | Dividend | J | T | Buy (add'l) | 12/19/16 | J | | |
| 54. -- | | | | | Sold (part) | 03/18/16 | J | | |
| 55. -- | | | | | Sold (part) | 09/19/16 | J | | |
| 56. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 57. AMG Funds (Yacktman Focused Fund) | A | Dividend | J | T | Buy (add'l) | 09/19/16 | J | | |
| 58. -- | | | | | Sold (part) | 03/18/16 | J | | |
| 59. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 60. Vanguard Wellesley Income Fd. | A | Dividend | J | T | Buy (add'l) | 09/19/16 | J | | |
| 61. -- | | | | | Buy (add'l) | 12/19/16 | J | | |
| 62. -- | | | | | Sold (part) | 03/18/16 | J | | |
| 63. -- | | | | | Sold (part) | 09/28/16 | J | | |
| 64. ATT&T Inc. | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 65. Chubb Ltd. (f/k/a Ace Ltd.) | A | Dividend | J | T | | | | | |
| 66. Altria Group, Inc. | A | Dividend | K | T | Buy (add'l) | 10/24/16 | J | | |
| 67. -- | | | | | Sold (part) | 04/14/16 | J | A | |
| 68. -- | | | | | Sold (part) | 07/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Electric Power, Inc. | A | Dividend | J | T | | | | | |
| 70. American Tower Corp. | A | Dividend | J | T | Sold (part) | 07/05/16 | J | A | |
| 71. Anheuser-Busch Imbev. | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 72. -- | | | | | Buy (add'l) | 11/22/16 | J | | |
| 73. Apple Inc. | A | Dividend | J | T | | | | | |
| 74. Ares Capital Corp. | A | Dividend | J | T | | | | | |
| 75. Automatic Data Processing | A | Dividend | J | T | Buy (add'l) | 09/30/16 | J | | |
| 76. -- | | | | | Sold (part) | 07/05/16 | J | A | |
| 77. -- | | | | | Sold (part) | 07/28/16 | J | A | |
| 78. BCE Inc. | A | Dividend | K | T | Buy (add'l) | 05/18/16 | J | | |
| 79. -- | | | | | Buy (add'l) | 07/12/16 | J | | |
| 80. BP PLC | A | Dividend | J | T | Sold (part) | 02/25/16 | J | | |
| 81. Bank NY/Mellon Corp. | A | Dividend | J | T | Buy (add'l) | 02/12/16 | J | | |
| 82. Boeing Co. | | None | | | Sold | 01/28/16 | J | | |
| 83. CH Robinson Worldwide Inc. | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 84. -- | | | | | Sold (part) | 11/14/16 | J | A | |
| 85. CVS Health Corp. | A | Dividend | | | Buy (add'l) | 02/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- | | | | | Buy (add'l) | 09/30/16 | J | | |
| 87. -- | | | | | Sold (part) | 11/21/16 | J | | |
| 88. -- | | | | | Sold | 11/22/16 | J | | |
| 89. Chevron Corp. | A | Dividend | K | T | | | | | |
| 90. Costco Wholesale Corp. | A | Dividend | J | T | Buy (add'l) | 09/30/16 | J | | |
| 91. -- | | | | | Sold (part) | 07/05/16 | J | | |
| 92. Coca-Cola Co. | A | Dividend | K | T | Buy (add'l) | 08/03/16 | J | | |
| 93. -- | | | | | Buy (add'l) | 09/30/16 | J | | |
| 94. -- | | | | | Buy (add'l) | 10/13/16 | J | | |
| 95. -- | | | | | Buy (add'l) | 10/24/16 | J | | |
| 96. -- | | | | | Buy (add'l) | 12/24/16 | J | | |
| 97. Colgate-Palmolive Co. | A | Dividend | J | T | Buy (add'l) | 11/04/16 | J | | |
| 98. Comcast Corp. | A | Dividend | J | T | | | | | |
| 99. DIAGEO PLC | A | Dividend | J | T | Buy (add'l) | 10/17/16 | J | | |
| 100. Digital Realty Trust Inc. | A | Dividend | J | T | | | | | |
| 101. Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 03/11/16 | J | | |
| 102. -- | | | | | Buy (add'l) | 09/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- | | | | | Buy (add'l) | 12/01/16 | J | | |
| 104. Dominion Res. Inc. | A | Dividend | J | T | | | | | |
| 105. DuPont | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 106. -- | | | | | Buy (add'l) | 01/15/16 | J | | |
| 107. -- | | | | | Buy (add'l) | 01/20/16 | J | | |
| 108. -- | | | | | Buy (add'l) | 02/12/16 | J | | |
| 109. -- | | | | | Buy (add'l) | 09/23/16 | J | | |
| 110. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 111. Ecolab Inc. | A | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 112. -- | | | | | Buy (add'l) | 03/14/16 | J | | |
| 113. -- | | | | | Sold (part) | 06/10/16 | J | A | |
| 114. Exxon Mobil Corp. | A | Dividend | K | T | Sold (part) | 10/25/16 | J | A | |
| 115. --. | | | | | Sold (part) | 10/31/16 | J | A | |
| 116. FNF Group | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 117. Fastenal Co. | A | Dividend | J | T | Buy (add'l) | 10/12/16 | J | | |
| 118. -- | | | | | Sold (part) | 04/05/16 | J | A | |
| 119. General Electric Co. | A | Dividend | J | T | Buy (add'l) | 05/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- | | | | | Buy (add'l) | 07/15/16 | J | | |
| 121. General Mills Co. | A | Dividend | J | T | Sold (part) | 07/22/16 | J | A | |
| 122. -- | | | | | Sold (part) | 08/03/16 | J | A | |
| 123. GlaxoSmithKline PLC | A | Dividend | K | T | Sold (part) | 07/12/16 | J | A | |
| 124. -- | | | | | Sold (part) | 11/17/16 | J | | |
| 125. HCP Inc. | | None | | | Sold | 01/28/16 | J | | |
| 126. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 127. Kraft Heinz Co. | A | Dividend | K | T | Sold (part) | 04/14/16 | J | A | |
| 128. -- | | | | | Sold (part) | 05/18/16 | J | A | |
| 129. -- | | | | | Sold (part) | 07/12/16 | J | A | |
| 130. -- | | | | | Sold (part) | 10/13/16 | J | A | |
| 131. Intel Corp. | A | Dividend | J | T | Sold (part) | 07/21/16 | J | | |
| 132. International Paper Co. | A | Dividend | J | T | Buy (add'l) | 02/12/16 | J | | |
| 133. Iron Mountain Inc. | A | Dividend | J | T | Buy (add'l) | 08/11/16 | J | | |
| 134. -- | | | | | Sold (part) | 08/01/16 | J | B | |
| 135. Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 09/30/16 | J | | |
| 136. -- | | | | | Sold (part) | 07/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- | | | | | Sold (part) | 07/12/16 | J | A | |
| 138. -- | | | | | Sold (part) | 10/13/16 | J | A | |
| 139. Kimberly-Clark Corp. | A | Dividend | J | T | Buy (add'l) | 09/30/16 | J | | |
| 140. -- | | | | | Sold (part) | 04/11/16 | J | A | |
| 141. Kinder Morgan Inc. | A | Dividend | J | T | | | | | |
| 142. Kohl's Corp. | A | Dividend | J | T | | | | | |
| 143. Linear Technology Corp. | A | Dividend | J | T | | | | | |
| 144. Martin Marietta | A | Dividend | J | T | Sold (part) | 04/19/16 | J | A | |
| 145. Mattel Inc. | A | Dividend | J | T | Sold (part) | 04/19/16 | J | A | |
| 146. McDonald's | A | Dividend | K | T | Buy (add'l) | 10/13/16 | J | | |
| 147. -- | | | | | Buy (add'l) | 10/24/16 | J | | |
| 148. -- | | | | | Sold (part) | 02/04/16 | J | A | |
| 149. Merck & Co. Inc. | A | Dividend | K | T | Buy (add'l) | 03/11/16 | J | | |
| 150. -- | | | | | Buy (add'l) | 04/14/16 | J | | |
| 151. -- | | | | | Sold (part) | 10/13/16 | J | A | |
| 152. MetLife Inc. | A | Dividend | J | T | Buy (add'l) | 03/11/16 | J | | |
| 153. -- | | | | | Sold (part) | 08/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Microsoft Corp. | A | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 155.  -- | | | | | Buy (add'l) | 04/22/16 | J | | |
| 156.  -- | | | | | Buy (add'l) | 05/25/16 | J | | |
| 157.  National Grid PLC | A | Dividend | J | T | | | | | |
| 158.  Nestle | A | Dividend | J | T | | | | | |
| 159.  Nextera Energy Inc. | A | Dividend | J | T | Buy (add'l) | 09/30/16 | J | | |
| 160.  -- | | | | | Sold (part) | 07/05/16 | J | A | |
| 161.  Northern Trust Corp. | A | Dividend | J | T | | | | | |
| 162.  Omega Healthcare | A | Dividend | | | Sold | 07/12/16 | J | | |
| 163.  PPL Corp. | A | Dividend | J | T | | | | | |
| 164.  PPG Indus. Inc. | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 165.  Paychex Inc. | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 166.  -- | | | | | Buy (add'l) | 01/20/16 | J | | |
| 167.  Pepsico Inc. | A | Dividend | K | T | Buy (add'l) | 01/27/16 | J | | |
| 168.  Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 02/09/16 | J | | |
| 169.  -- | | | | | Buy (add'l) | 02/12/16 | J | | |
| 170.  -- | | | | | Buy (add'l) | 03/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Philip Morris | A | Dividend | K | T | Buy (add'l) | 11/17/16 | J | | |
| 172. -- | | | | | Sold (part) | 04/14/16 | J | A | |
| 173. Praxair Inc. | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 174. -- | | | | | Buy (add'l) | 01/13/16 | J | | |
| 175. -- | | | | | Sold (part) | 02/08/16 | J | A | |
| 176. Procter & Gamble Co. | A | Dividend | K | T | Sold (part) | 07/22/16 | J | A | |
| 177. Progressive Corp. | A | Dividend | J | T | Buy (add'l) | 09/26/16 | J | | |
| 178. Raytheon Co. | A | Dividend | J | T | | | | | |
| 179. Rayonier Inc. | A | Dividend | J | T | | | | | |
| 180. Realty Income Corp. | A | Dividend | J | T | Sold (part) | 08/03/16 | J | A | |
| 181. Reynolds American Inc. | A | Dividend | | | Sold (part) | 02/04/16 | J | A | |
| 182. -- | | | | | Sold (part) | 07/12/16 | J | A | |
| 183. -- | | | | | Buy (add'l) | 10/13/16 | J | | |
| 184. -- | | | | | Sold | 10/21/16 | K | B | |
| 185. Sanofi | A | Dividend | K | T | Buy (add'l) | 02/25/16 | J | | |
| 186. -- | | | | | Buy (add'l) | 04/14/16 | J | | |
| 187. -- | | | | | Buy (add'l) | 07/12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- | | | | | Buy (add'l) | 07/22/16 | J | | |
| 189. Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 190. Royal Dutch Shell | | None | | | Sold | 01/08/16 | J | | |
| 191. The Southern Co. | A | Dividend | K | T | | | | | |
| 192. Spectra Energy Corp. | A | Dividend | J | T | Sold (part) | 06/06/16 | J | B | |
| 193. Sysco Corp. | A | Dividend | J | T | Buy (add'l) | 07/14/16 | J | | |
| 194. -- | | | | | Buy (add'l) | 09/30/16 | J | | |
| 195. Texas Instruments Inc. | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 196. 3M Co. | A | Dividend | K | T | Buy (add'l) | 10/25/16 | J | | |
| 197. -- | | | | | Sold (part) | 07/26/16 | J | A | |
| 198. Time Warner Inc. | A | Dividend | J | T | Buy (add'l) | 11/21/16 | J | | |
| 199. -- | | | | | Sold (part) | 07/05/16 | J | A | |
| 200. Travelers Cos. Inc. | A | Dividend | J | T | | | | | |
| 201. Unilever PLC | A | Dividend | J | T | Sold (part) | 10/13/16 | J | A | |
| 202. Union Pacific Corp. | A | Dividend | J | T | Sold (part) | 04/21/16 | J | A | |
| 203. -- | | | | | Sold (part) | 09/09/16 | J | A | |
| 204. UPS | A | Dividend | J | T | Sold (part) | 10/25/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. United Technologies Corp. | A | Dividend | | | Sold | 02/08/16 | J | | |
| 206. United Health Group Inc. | A | Dividend | J | T | Buy (add'l) | 09/23/16 | J | | |
| 207. Ventas Inc. | A | Dividend | J | T | Sold (part) | 10/13/16 | J | A | |
| 208. Verizon Communications | B | Dividend | K | T | Buy (add'l) | 01/07/16 | J | | |
| 209. -- | | | | | Buy (add'l) | 09/23/16 | J | | |
| 210. -- | | | | | Buy (add'l) | 11/17/16 | J | | |
| 211. -- | | | | | Sold (part) | 07/05/16 | J | A | |
| 212. Vodafone Group PLC | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 213. -- | | | | | Buy (add'l) | 05/18/16 | J | | |
| 214. -- | | | | | Buy (add'l) | 07/12/16 | J | | |
| 215. Wal-Mart Stores | A | Dividend | J | T | Buy (add'l) | 09/30/16 | J | | |
| 216. -- | | | | | Sold (part) | 04/19/16 | J | A | |
| 217. -- | | | | | Sold (part) | 05/11/16 | J | A | |
| 218. -- | | | | | Sold (part) | 07/05/16 | J | A | |
| 219. Waste Management Inc. | A | Dividend | J | T | Buy (add'l) | 09/30/16 | J | | |
| 220. -- | | | | | Sold (part) | 07/05/16 | J | A | |
| 221. WEC Energy Group Inc. | A | Dividend | J | T | Buy (add'l) | 09/30/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- | | | | | Buy (add'l) | 11/10/16 | J | | |
| 223. -- | | | | | Sold (part) | 07/05/16 | J | A | |
| 224. Welltower Inc. | A | Dividend | J | T | | | | | |
| 225. Weyerhaeuser Co. | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 226. -- | | | | | Buy (add'l) | 01/15/16 | J | | |
| 227. -- | | | | | Buy (add'l) | 01/20/16 | J | | |
| 228. -- | | | | | Buy (add'l) | 09/22/16 | J | | |
| 229. Broadridge Financial Solutions | A | Dividend | J | T | | | | | |
| 230. Abbvie Inc. | A | Dividend | K | T | Buy | 01/07/16 | J | | |
| 231. -- | | | | | Buy (add'l) | 02/04/16 | J | | |
| 232. -- | | | | | Buy (add'l) | 07/12/16 | J | | |
| 233. Astrazeneca PLC | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 234. -- | | | | | Buy (add'l) | 07/28/16 | J | | |
| 235. -- | | | | | Buy (add'l) | 08/03/16 | J | | |
| 236. -- | | | | | Buy (add'l) | 09/23/16 | J | | |
| 237. -- | | | | | Sold (part) | 11/22/16 | J | | |
| 238. Bank of America Corp. | A | Dividend | J | T | Buy | 11/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- | | | | | Buy (add'l) | 11/30/16 | J | | |
| 240. -- | | | | | Buy (add'l) | 12/01/16 | J | | |
| 241. Blackrock Inc. | A | Dividend | J | T | Buy | 11/04/16 | J | | |
| 242. -- | | | | | Buy (add'l) | 11/10/16 | J | | |
| 243. -- | | | | | Buy (add'l) | 12/01/16 | J | | |
| 244. Consolidated Edison Inc. | A | Dividend | J | T | Buy | 01/08/16 | J | | |
| 245. Crown Castle Intl Corp. | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 246. -- | | | | | Buy (add'l) | 07/22/16 | J | | |
| 247. -- | | | | | Buy (add'l) | 10/24/16 | J | | |
| 248. -- | | | | | Buy (add'l) | 11/17/16 | J | | |
| 249. Graco Inc. | A | Dividend | J | T | Buy | 01/07/16 | J | | |
| 250. -- | | | | | Buy (add'l) | 01/15/16 | J | | |
| 251. IBM | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 252. -- | | | | | Buy (add'l) | 12/07/16 | J | | |
| 253. -- | | | | | Buy (add'l) | 12/13/16 | J | | |
| 254. Mondelez Intl | A | Dividend | J | T | Buy | 08/31/16 | J | | |
| 255. -- | | | | | Buy (add'l) | 09/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -- | | | | | Buy (add'l) | 12/01/16 | J | | |
| 257. Novartis AG | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 258. -- | | | | | Buy (add'l) | 10/24/16 | J | | |
| 259. -- | | | | | Buy (add'l) | 11/17/16 | J | | |
| 260. Occidental Pete Corp. | A | Dividend | J | T | Buy | 10/24/16 | J | | |
| 261. Pentair PLC | A | Dividend | J | T | Buy | 08/05/16 | J | | |
| 262. -- | | | | | Buy (add'l) | 08/15/16 | J | | |
| 263. -- | | | | | Buy (add'l) | 09/22/16 | J | | |
| 264. Plum Creek Timber Co. | | None | | | Buy | 01/12/16 | J | | |
| 265. -- | | | | | Buy (add'l) | 01/15/16 | J | | |
| 266. -- | | | | | Buy (add'l) | 01/20/16 | J | | |
| 267. -- | | | | | Merged (with line 225) | 02/22/16 | J | | |
| 268. Tiffany and Co. | A | Dividend | | | Buy | 05/13/16 | J | | |
| 269. | | | | | Sold | 11/22/16 | J | A | |
| 270. Total S.A. Spons. ADR | A | Dividend | J | T | Buy | 10/24/16 | J | | |
| 271. Wells Fargo and Co. | A | Dividend | | | Buy | 06/15/16 | J | | |
| 272. -- | | | | | Buy (add'l) | 06/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -- | | | | | Buy (add'l) | 06/24/16 | J | | |
| 274. -- | | | | | Buy (add'l) | 06/28/16 | J | | |
| 275. -- | | | | | Buy (add'l) | 07/05/16 | J | | |
| 276. -- | | | | | Buy (add'l) | 07/11/16 | J | | |
| 277. -- | | | | | Buy (add'l) | 08/30/16 | J | | |
| 278. -- | | | | | Sold (part) | 09/20/16 | J | | |
| 279. -- | | | | | Sold | 09/21/16 | J | | |
| 280. U.S. Bancorp | A | Dividend | | | Buy | 09/20/16 | J | | |
| 281. -- | | | | | Buy (add'l) | 09/21/16 | J | | |
| 282. -- | | | | | Sold | 11/22/16 | J | A | |
| 283. Zoetis Inc. | A | Dividend | J | T | Buy | 01/08/16 | J | | |
| 284. -- | | | | | Buy (add'l) | 02/09/16 | J | | |
| 285. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 286. Arconic Inc. PFD | B | Dividend | K | T | Buy | 04/18/16 | K | | |
| 287. Dominion Resources PFD | B | Dividend | K | T | Buy | 09/30/16 | K | | |
| 288. Ebay Inc. PFD | B | Dividend | K | T | Buy | 04/18/16 | K | | |
| 289. -- | | | | | Buy (add'l) | 04/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Great Plains Energy PFD | B | Dividend | K | T | Buy | 10/06/16 | K | | |
| 291. JP Morgan PFD | B | Dividend | K | T | Buy | 01/26/16 | K | | |
| 292. Nextera Energy PFD | B | Dividend | K | T | Buy | 09/30/16 | K | | |
| 293. -- | | | | | Buy (add'l) | 09/30/16 | J | | |
| 294. -- | | | | | Buy (add'l) | 09/30/16 | J | | |
| 295. -- | | | | | Buy (add'l) | 09/30/16 | J | | |
| 296. Qwest Corp. PFD | B | Dividend | K | T | Buy | 01/26/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan N. Bloch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544